UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ENRIQUE RAMIREZ, | ) | 1:08-CV-01112 LJO GSA HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER GRANTING MOTION TO DISMISS |
| v. | ) | |
| | ) | [Doc. #4] |
| | ) | |
| PEOPLE OF THE STATE OF CALIFORNIA, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

   Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

   On August 15, 2008, Petitioner filed a Motion to Dismiss the petition for writ of habeas corpus. Petitioner states he submitted the petition to this Court in error, having intended to send it to the Ninth Circuit Court of Appeals. Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, "an action may be dismissed by the [Petitioner] without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, . . . ."

1  Pursuant to Rule 11 of the Rules Governing Section 2254 Cases, the "Federal Rules of Civil
2  Procedure, to the extent that they are not inconsistent with these rules, may be applied, when
3  appropriate, to petitions filed under these rules." At this time, Respondent has not filed a formal
4  answer to the petition for writ of habeas corpus.
5      Accordingly, IT IS ORDERED that Petitioner's motion to dismiss the petition is GRANTED
6  and the petition is hereby DISMISSED.
7  IT IS SO ORDERED.
8  **Dated:   August 26, 2008**                    /s/ Lawrence J. O'Neill
                                                                               UNITED STATES DISTRICT JUDGE